IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOSEPH & GINA HABER,** | : | |
| *individually and on behalf of all others* | : | |
| *similarly situated*, | : | CIVIL ACTION |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | |
| | : | |
| **BANK OF AMERICA, N.A., and** | : | |
| **REDC DEFAULT SOLUTIONS,** | : | No. 14-0169 |
| *Defendants*. | : | |

**O R D E R**

**AND NOW**, this 27th day of June, 2014, upon consideration of REDC Default Solutions' ("REDC") and Bank of America's ("BOA") Motions to Dismiss (Docket Nos. 14 & 15), the Habers' Responses thereto (Docket Nos. 21 & 22), REDC's Reply (Docket No. 24), and oral argument held on June 25, 2014, **the Court hereby ORDERS that the Motions are GRANTED IN PART and DENIED IN PART such that—**

1. **Count II** of the Habers' Complaint **is DISMISSED without prejudice**;

2. **Counts I and III** of the Habers' Complaint **SURVIVE**; *and*

3. BOA and REDC shall **ANSWER** the Habers' Complaint within the time prescribed by the Federal Rules of Civil Procedure.

**It is FURTHER ORDERED that—**

4. Counsel for the parties shall appear in Chambers for a **status and scheduling conference at 4:00 PM on Wednesday, July 23, 2014**; *and*

1

5. In advance of and in preparation for the status conference, the counsel for the parties shall meet and confer and submit directly to Chambers,[1] by no later than **5:00 PM on Monday, July 21, 2014**, a Joint Status Report.[2]

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

---

[1] Chambers of Judge Gene E.K. Pratter, Room 10613, United States Courthouse, 601 Market Street, Philadelphia 19106. Telephone: 267-299-7350. Fax: 267-299-5070.

[2] *See* Template and Expectations for Joint Report of Rule 26(f) Meeting and Proposed Discovery Plan, https://www.paed.uscourts.gov/documents/procedures/prapol5.pdf.